**Stephen A. PERRY, Administrator, General Services Administration, Appellant,**

v.

**DATA ENTERPRISES OF THE NORTHWEST, Appellee.**

No. 04–1402.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2004.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**GOLDEN VOICE TECHNOLOGY & TRAINING, L.L.C., Plaintiff– Appellee,**

v.

**ROCKWELL FIRST POINT CONTACT CORPORATION and Conexant Systems, Inc., Defendants–Appellants.**

No. 03–1621.

United States Court of Appeals, Federal Circuit.

Oct. 7, 2004.

*ORDER*

This appeal having been inadvertently dismissed,

IT IS ORDERED THAT:

The order of dismissal issued on June 17, 2004 is vacated, the mandate is recalled and the appeal is reinstated.

The court order issued by the Federal Circuit on October 1, 2003 remains in effect.